IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ANTHONY L. CAREY, #152763, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 2:10-cv-772-MEF |
| | ) |
| ROBERT DANFORD, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## **O R D E R**

On June 19, 2013, the Magistrate Judge filed a Recommendation (Doc. #62) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. The 28 U.S.C. § 2254 petition for habeas corpus relief filed by Anthony L. Carey is DENIED and this case is DISMISSED with prejudice.

DONE this 9th day of July, 2013.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE